1008

THE STATE OF WASHINGTON, *Respondent*, v. GARY DEAN FALLIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-03163-6, Ronald E. Culpepper, J., entered April 17, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Armstrong and Hunt, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. DUSTIN W. RIGGLES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-06036-9, Ronald E. Culpepper, J., entered May 29, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Hunt, J.

THE STATE OF WASHINGTON, *Respondent*, v. MARK JAMEY BREMER, *Appellant*.

*In the Matter of the Personal Restraint of* MARK JAMEY BREMER, *Petitioner*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-1-00130-7, Ruth E. Reukauf, J., entered April 12, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Sweeney, J.